1:14-CV-1577

# EXHIBIT "B'

# ASSIGNMENT

Deed Book 50135 Pg 399
Filed and Recorded Jun-14-2011 02:12pm
2011-0158007
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

11-02199, Janet Hill

Return to: Shuping, Morse & Ross, LLP
6259 Riverdale Road, Suite 100
Riverdale, GA 30274
ATTN: S. Cobb
MIN#1000157-0005944063-3

# ASSIGNMENT

**FOR VALUE RECEIVED**, the undersigned, being the present owner of such secured interest by virtue of being the original Grantee or the heir, assign, transferee, or devisee of the original Grantee, hereby transfers, without recourse, to **The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWALT, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58** whose address is 101 Barclay St., New York, NY 10286 all right, title, interest, powers and options in, to and under that certain Deed to Secure Debt from **Janet Hill** to **Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for America's Wholesale Lender** dated **October 6, 2005** and recorded in Deed Book **41205**, Page **241**, **Fulton** County, Georgia records, as well as the land described therein and the indebtedness secured thereby.

**IN WITNESS WHEREOF**, the undersigned has hereunto set its hand and seal this day of June 1, 2011.

**Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for America's Wholesale Lender**

**BY:** Debbie Nieblas **(SEAL)**
**Name & Title:** DEBBIE NIEBLAS Assistant Secretary
**(Corporate Seal)**

Jeanine Abramoff
**Witness** Jeanine Abramoff

**Witness** SEBOH MURADYAN

**Notary Public**
**My Commission Expires:** ______

See Attached

Deed Book 50135 Pg 400
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

## ACKNOWLEDGMENT

State of California
County of Ventura )

On June 1, 2011 before me, Penny Russo Marchal "Notary Public"
(insert name and title of the officer)

personally appeared ************Debbie Nieblas************,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

PENNY RUSSO MARCHAL
Commission # 1849192
Notary Public - California
Los Angeles County
My Comm. Expires May 15, 2013