1:14-CV-1577

# EXHIBIT "C'

# GA. NOTICE OF SALE UNDER POWER

print

# SHUPING, MORSE & ROSS NOTICE OF SALE UNDER POWER

**SHUPING, MORSE & ROSS**

**NOTICE OF SALE UNDER POWER By virtue of the power of sale contained in a Deed to Secure Debt by JANET HILL to Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for America`s Wholesale Lender, dated October 6, 2005 and filed for record October 25, 2005 in Deed Book 41205, Page 241, Fulton County, Georgia records, and securing a Note in the original principal amount of $464,000.00; last transferred to The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWALT, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58 by Assignment, filed for record in Deed Book 50135, Page 399, Fulton County, Georgia records, there will be sold at a public outcry for cash to the highest bidder before the Courthouse door of Fulton County, Georgia, between the legal hours of sale on the first Tuesday in June, 2014, by The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58 as Attorney-in-Fact for JANET HILL the following property to-wit: ALL THAT TRACT or parcel of land lying and being in Land Lot 46 of the 14th District of Fulton County, City of Atlanta, Georgia, and being more particularly described as follows: BEGINNING at a point located at the intersection of the southerly side of the right of way of Auburn Avenue (55 - foot right of way) and the easterly side of the right of way of Howell street (30 - foot right of way); thence running along the southerly side of said Auburn Avenue North 66 degrees 34 minutes 07 seconds East a distance of 46.00 feet to 1/2 inch rebar found; thence leaving the southerly side of the right of way of Auburn Avenue and running South 00 degrees 00 minutes 00 seconds East a distance of 111.50 feet to a point; thence running South 88 degrees 54 minutes 06 seconds West a distance of 40.50 feet to an 1/2 inch OT found on the easterly side of the right of way of said Howell Street; thence running along the easterly side of the right of way of said Howell Street North 01 degrees 02 minutes 42 seconds West a distance of 94.00 feet to the POINT OF BEGINNING. Said property containing 0.097 acres, as per survey prepared for Janet Hill, prepared by Richard E. McDaniel, Jr., Georgia Registered Land Surveyor No. 2734, dated September 15, 1999. Said property being known as 543 Auburn Avenue, according to the present system of numbering houses in Fulton County, Georgia.**
**The above described property is also known as 543 AUBURN AVENUE, ATLANTA, GA 30312.**
**The indebtedness secured by said Deed to Secure Debt having been declared due and payable because of default in the payment of the indebtedness secured**

thereby, this sale will be made for the purpose of paying the same and all expenses of sale, including attorney's fees, if applicable.

The property will be sold as the property of the aforesaid grantor subject to the following: all prior restrictive covenants, easements, rights-of-way, security deeds, or encumbrances of record; all valid zoning ordinances; matters which would be disclosed by an accurate survey of the property or by any inspection of the property; all outstanding taxes, assessments, unpaid bills, charges, and expenses that are a lien against the property whether due and payable or not yet due and payable.

Pursuant to O.C.G.A. 44-14-162.2, the name, address and telephone number of the individual or entity who shall have the full authority to negotiate, amend or modify all terms of the above described mortgage is as follows:

Bayview Loan Servicing
Asset Management Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146
Phone: 1-888-238-6451
Fax: 1-888-840-0458

The foregoing notwithstanding, nothing in O.C.G.A. 44-14-162.2 shall be construed to require Bayview Loan Servicing to negotiate, amend or modify the terms of the Deed to Secure Debt described herein.

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-58, Mortgage Pass-Through Certificates, Series 2005-58 as Attorney-in-Fact for JANET HILL SHUPING, MORSE & ROSS, L.L.P.

By: S. Andrew Shuping, Jr.
6259 Riverdale Road,
Riverdale, GA 30274
770-991-0000

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
#2275873:5/9-4SH

© georgiapublicnotice.com 2014