1:14-CV-1577

# EXHIBIT "D'

# SECURITIES AND EXCHANGE COMMISSION DOCUMENTS

https://mail.google.com/mail/u/1/#search/janet+hill/145bcc66c96c9716?projector=1 1/1

# UNITED STATES OF AMERICA

SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

*that:*

*Attached is a copy of Form 15, certification and notice of termination of registration, received in this Commission on January 19, 2006, under the name of CWALT, Inc., Alternative Loan Trust 2005-58, File No. 333-125902-27, pursuant to the provisions of the Securities Exchange Act of 1934.*

on file in this Commission

April 24, 2014
*Date*

Aimée Primeaux, Branch Chief

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Kevin M. O'Neill
Deputy Secretary

334 (9-12)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934 OR SUSPENSION OF DUTY TO FILE REPORTS UNDER SECTIONS 13 AND 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number 333-125902-27

CWALT, Inc.

(Exact name of registrant as specified in its charter)

4500 Park Granada
Calabasas, California 91302 (818) 225-3000

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

CWALT, Inc., Alternative Loan Trust 2005-58,
Mortgage Pass-Through Certificates, Series 2005-58

(Title of each class of securities covered by this Form)

None

(Titles of all other classes of securities for which a duty to file reports under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

| | |
|---|---|
| Rule 12g-4(a)(1)(i) [ ] | Rule 12h-3(b)(1)(ii) [ ] |
| Rule 12g-4(a)(1)(ii) [ ] | Rule 12h-3(b)(2)(i) [ ] |
| Rule 12g-4(a)(2)(i) [ ] | Rule 12h-3(b)(2)(ii) [ ] |
| Rule 12g-4(a)(2)(ii) [ ] | Rule 15d-6 [X] |
| Rule 12h-3(b)(1)(i) [ ] | |

Approximate number of holders of record as of the certification or notice date: 4

of the Certificates -- Principal" in this prospectus supplement;

(3) to interest on and then principal of each class of subordinated certificates, in the order of their numerical class designations, beginning with the Class M Certificates, as described under "Description of the Certificates -- Interest" and "-- Principal" in this prospectus supplement;

(4) from amounts on deposit in the carryover shortfall reserve fund, to the certificates in the manner, order and priority described under "Description of the Certificates -- Carryover Shortfall Reserve Fund" in this prospectus supplement; and

(5) to the Class A-R Certificates.

Advances

The master servicer will make cash advances with respect to delinquent payments of principal and interest on the mortgage loans to the extent the master servicer reasonably believes that the cash advances can be repaid from future payments on the mortgage loans. These cash advances are only intended to maintain a regular flow of scheduled interest and principal payments on the certificates and are not intended to guarantee or insure against losses.

See "Servicing of Mortgage Loans -- Advances" in this prospectus supplement.

Credit Enhancement

The issuance of senior certificates and subordinated certificates by the trust fund is designed to increase the likelihood that senior certificateholders will receive regular payments of interest and principal.

Subordination

The senior certificates will have a payment priority over the subordinated certificates. Among the classes of subordinated certificates, the Class M Certificates will have payment priority over the Class B-1 and Class B-2 Certificates, and the Class B-1 Certificates will have payment priority over the Class B-2 Certificates. The Class B-3, Class B-4 and Class B-5 Certificates which are not being offered by this prospectus supplement, are also subordinated to all of the other classes of certificates, in numerical order, with the Class B-5 Certificates having the lowest priority of payment.

Subordination is designed to provide the holders of certificates with a higher payment priority with protection against losses realized when the remaining unpaid principal balance on a mortgage loan exceeds the amount of proceeds recovered upon the liquidation of that mortgage loan. In general, this loss protection is accomplished by allocating the realized losses on the mortgage loans among the subordinated certificates, beginning with the class of subordinated certificates with the lowest payment priority, before realized losses are allocated, pro rata, to the senior certificates, except that any realized losses on the mortgage loans that would otherwise be allocable to the Class A-1 Certificates and Class A-2 Certificates will instead be allocated to the Class A-3 Certificates until its class certificate balance is reduced to zero, and thereafter, any realized losses on the mortgage loans that would otherwise be allocable to the Class A-1 Certificates will be allocated to the Class A-2 Certificates until its class certificate balance is reduced to zero.

See "Description of the Certificates -- Allocation of Losses" in this prospectus supplement and "Credit Enhancement -- Subordination" in this prospectus supplement and in the prospectus.

Tax Status

For federal income tax purposes, the trust fund (other than the supplemental loan account, the capitalized interest account and the assets held in the carryover shortfall reserve fund) will consist of one or more REMICs: one or more underlying REMICs (if any) and the master REMIC. The assets of the lowest underlying REMIC in this tiered structure (or the master REMIC if there are no underlying REMICs) will consist of the mortgage loans and any other assets designated in the pooling and servicing agreement. The master REMIC will issue the several classes of certificates, which (other than the Class A-R Certificates) will represent regular interests in the master REMIC. The LIBOR Certificates will also represent entitlements to receive certain payments from the carryover shortfall reserve fund. The Class 1-X Certificates will represent regular interests in the master REMIC burdened by an obligation to make certain payments to the carryover shortfall reserve fund. The Class A-R Certificates will represent ownership of both the residual interest in the master REMIC and the residual interests in any underlying REMICs.

See "Material Federal Income Tax Consequences" in this prospectus supplement and in the prospectus.

ERISA Considerations

The offered certificates (other than the Class A-R Certificates) may be purchased by a pension or other benefit plan subject to the Employee Retirement

Rear Length = 38 feet
Rear Width = 29 feet

= 15
Front Length #2 = 23

