1:14-CV-1577

# EXHIBIT "G"

# IRS COMPLAINT

# 3949a

Form **3949-A** (March 2014)

Department of the Treasury - Internal Revenue Service

# Information Referral

*(See instructions on reverse)*

OMB Number 1545-1960

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

1a. Name of individual | b. Social Security Number/TIN | c. Date of birth

d. Street address | e. City | f. State | g. ZIP code

h. Occupation | i. Email address

j. Marital status *(check one, if known)* ☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | k. Name of spouse

2a. Name of business: BANK OF NEW YORK MELLON, AS TRUSTEE - SEE BELOW #5 | b. Employer Tax ID number (EIN): 13-5160382 | c. Telephone number

d. Street address: 101 BARCLAY STREET | e. City: NEW YORK | f. State: NY | g. ZIP code: 10286

h. Email address | i. Website

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

- ☒ False Exemption
- ☒ False Deductions
- ☐ Multiple Filings
- ☒ Organized Crime
- ☐ Unsubstantiated Income
- ☐ Earned Income Credit
- ☐ Public/Political Corruption
- ☒ False/Altered Documents
- ☐ Unreported Income
- ☐ Narcotics Income
- ☐ Kickback
- ☐ Wagering/Gambling
- ☒ Failure to Withhold Tax
- ☒ Failure to File Return
- ☒ Failure to Pay Tax
- ☐ Other *(describe in 5)*

4. Unreported income and tax years

Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*

TY 2006 $ 2007 TY 2008 $ 2009 TY 2010 $ 2011 TY 2012 $ 2013 TY 2014 $ ____ TY ____ $ ____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

BANK OF NEW YORK MELLON AS TRUSTEE FOR CERTIFICATE HOLDERS OF CWALT, INC AND/OR COUNTRYWIDE ALTERNATIVE LOAN TRUST 2005-58 MANUFACTURED A FICTIIOUS ASSIGNMENT OF SECURITY DEED ON JUNE 1 2011 TO CREATE THE ILLUSION THAT THEY OWNED A SECURITY DEED HAVING THE RIGHT TO FORECLOSE ON A BORROWERS PROPERTY. THE POOLING AND SERVICING AGREEMENT. THIS ADDITIONAL ASSET ADDED IN 2011 WOULD CONSTITUTE AN UNQUALIFIED CONTRIBUTION TO THE REMIC TRUST. THE TRUST TERMINATED IN 2006

BANK OF NEW YORK MELLON and AMERICAS WHOLESALE LENDERS (CONVICTED OF MORTGAGE FRAUD) TOGETHER CREATED LOANS MISLEADING BORROWERS AND MISREPRESENTING FACTS

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.

a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* ☒ Yes ☐ No

b. Do you consider the taxpayer dangerous? ☒ Yes ☐ No

c. Banks, Financial Institutions used by the taxpayer

Name: BANK OF AMERICA | Name: BAC HOME LOANS Servicing

Street address: 100 North Tryon Street | Street address: 6400 Legacy Drive

City: Charlotte | State: NC | ZIP code: 28202 | City: Plano | State: TX | ZIP code: 75024

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*

This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

7a. Your name: JANET HILL | b. Telephone number: 4048616036 | c. Best time to call: MORNINGS

d. Street address: 543 AUBURN | e. City: ATLANTA | f. State: GA | g. ZIP code: 30312

**Please print and send your completed form to: Internal Revenue Service Stop 31313 Fresno, CA 93888**