1:14-CV-1577

# EXHIBIT "I"

# NTS DEPARTMENT OF STATE DIVISION OF CORPORATION AMERICA'S WHOLESALE LENDER

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 28, 2011.

Selected Entity Name: AMERICA'S WHOLESALE LENDER, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | AMERICA'S WHOLESALE LENDER, INC. |
| **Initial DOS Filing Date:** | DECEMBER 16, 2008 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

NATIONAL REGISTERED AGENTS, INC.
STE. 105
875 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10001

**Chairman or Chief Executive Officer**

JOSEPH M TANENBAUM
875 AVE OF THE AMERICAS
STE 105
NEW YORK, NEW YORK, 10001

**Principal Executive Office**

AMERICA'S WHOLESALE LENDER, INC.
875 AVE OF THE AMERICAS
STE 105
NEW YORK, NEW YORK, 10001

**Registered Agent**

NATIONAL REGISTERED AGENTS, INC.
STE. 105
875 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10001

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be

listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 16, 2008 | Actual | AMERICA'S WHOLESALE LENDER, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.