1:14-CV-1577

# EXHIBIT "J"

# NATIONWIDE MORTGAGE LICENSING SYSTEM

# AMERICA'S WHOLESALE LENDER

Back to Search Results

Countrywide Home Loans, Inc.

| | | | |
|---|---|---|---|
| 1526 | 4500 Park Granada<br>Calabasas, CA 91302 | 818-223-4934 | N/A<br>pamela.murphy@bankofamerica.com |
| | 30930 Russell Ranch Road<br>CA6-916-01-12<br>Westlake Village, CA 91362 | 818-223-6127 | |

America's Wholesale Lender

Countrywide Home Loans, Inc. d/b/a Americ's Wholesale Lender; Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender; Countrywide Home Loans, Inc. d/b/a/ America's Wholesale Lender

None

| | | | | |
|---|---|---|---|---|
| 12/31 | New York, United States | 03/17/1969 | N/A | Corporation |

# Branch Locations

(Displaying 1-5 of 15 Locations)

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID |
|---|---|---|---|---|---|
| 1515 West 14th Avenue | Tempe | AZ | 85281 | America's Wholesale Lender | 10282 |
| 177 Countrywide Way | Lancaster | CA | 93536 | America's Wholesale Lender | 132904 |
| 176 Countrywide Way | Lancaster | CA | 93536 | America's Wholesale Lender | 132921 |
| 400 National Way | Simi Valley | CA | 93065 | America's Wholesale Lender | 10246 |
| 450 American Street | Simi Valley | CA | 93065 | America's Wholesale Lender | 132902 |

# Company Licenses/Registrations

Arkansas Combination Mortgage Banker-Broker-Servicer License No

04/17/2003

10185

12/14/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

04/17/2003

10185

Combination Mortgage Banker-Broker-Servicer License

Arkansas

**Resident/Registered Agent**

The Corporation Company

Not provided

Registered Agent

124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

501-244-9034

Not provided

California - DOC Residential Mortgage Lending Act License Yes

02/06/1996

4130020

11/03/2010

Approved

America's Wholesale Lender

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

02/06/1996

4130020

Residential Mortgage Lending Act License

California
- DOC

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

818 West Seventh Street
Los Angeles, CA 90017

213-627-8252

Not provided

Connecticut Mortgage Lender License No

11/05/1997

6349

03/01/2009

Expired

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

11/05/1997

6349

Mortgage Lender License

Connecticut

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

One Corporate Center, Floor 11

Hartford, CT 06103-3220

860-724-9044

Not provided

Georgia Mortgage Lender Registration Yes

06/28/1993

5929

06/28/1993

Approved

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

06/28/1993

5929

Mortgage Lender Registration

Georgia

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

1201 Peachtree Street, N.E.
Atlanta, GA 30361

404-888-6488

Not provided

Idaho Mortgage Broker/Lender License No

10/06/1997

MBL-
916

11/07/2008

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

10/06/1997

MBL-
916

Mortgage Broker/Lender License

Idaho

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

1111 West Jefferson, Suite 530
Boise, ID 83702

208-344-8535

Not provided

Illinois Residential Mortgage License Yes

11/25/1981
MB.0000139

05/24/2011

Approved

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

11/25/1981
MB.0000139

Residential Mortgage License
Illinois

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

208 South K=LaSalle Street, Suite 814
Chicago, IL 60604

312-263-1414

Not provided

Iowa Mortgage Banker License No

03/13/1989
48

09/18/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

03/13/1989

48

Mortgage Banker License

Iowa

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

2222 Grand Avenue
Des Moines, IA 50312

515-245-4469

Not provided

Kansas Supervised Loan License Yes

09/24/1994

SL.0000047

08/24/2010

Approved

America's Wholesale Lender

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its

155 Federal Street, Suite 700
Boston, MA 02110

617-757-6400

Not provided

Massachusetts Mortgage Lender License No

12/12/2000

MC4830

08/14/2008

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

12/12/2000

MC4830

Mortgage Lender License

Massachusetts

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

155 Federal Street, Suite 700
Boston, MA 02110

617-757-6400

Not provided

Mississippi Notification Statement Registration No

08/28/2002

19/2008

07/29/2010

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

08/28/2002

19/2008

Notification Statement Registration

Mississippi

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

645 Lakeland East Drive, Suite 101
Flowood, MS 39232

601-936-7400

Not provided

Nebraska Mortgage Banker License Yes

02/22/1990

346

05/26/2011

Approved

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

02/22/1990

346

Mortgage Banker License

Nebraska

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

301 South 13th Street, Suite 500
Lincoln, NE 68508

402-437-8500

Not provided

New Hampshire Mortgage Banker License No

01/01/1989

5251-
MB

04/07/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

01/01/1989

5251-
MB

Mortgage Banker License

New
Hampshire

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

9 Capitol Street
Concord, NH 03301

603-224-2341

Not provided

North Carolina Mortgage Lender License No

04/02/2003

L-
114554

01/01/2011

Expired

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

04/02/2003

L-114554

Mortgage Lender License

North Carolina

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

225 Hillsborough Street
Raleigh, NC 27603

919-821-7139

Not provided

Rhode Island Lender License No

10/08/2008

90000314LL

11/13/2008

Voluntary Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

10/08/2008

90000314LL

Lender License

Rhode Island

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

10 Weybosset Street
Providence, RI 02903

401-861-7400

Not provided

Rhode Island Loan Broker License No

10/08/2008

20062134LB

11/13/2008

Voluntary Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its

supervising regulator(s). Click to access a list of regulator contact information.

10/08/2008

20062134LB

Loan Broker License

Rhode
Island

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

10 Weybosset Street
Providence, RI 02903

401-861-7400

Not provided

Vermont Lender License No

04/19/2000

4745

02/06/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

04/19/2000

4745

Lender License

Vermont

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

400 Cornerstone Drive, Suite 240
Williston, VT 05495

802-878-1500

Not provided

Washington Consumer Loan Company License No

01/01/1899

520-
CL-
17285

01/13/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

01/01/1899

520-
CL-
17285

Consumer Loan Company License

Washington

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

1801 West Bay Drive NW, Suite 206
Olympia, WA 98502

360-357-6794

Not provided

West Virginia Mortgage Lender License Yes

02/26/1999

ML-20423

09/30/2010

Approved

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

02/26/1999

ML-20423

Mortgage Lender License

West Virginia

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

5400 D Big Tyler Road
Charleston, WV 25313

304-776-1152

Not provided

Wyoming Mortgage Lender/Broker License No

02/08/2006

602

02/10/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

02/08/2006

602

Mortgage Lender/Broker License

Wyoming

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

1720 Carey Avenue
Cheyenne, WY 82001

307-632-0541

Not provided

1. The State Regulatory Registry LLC ("SRR") collects, compiles, organizes, indexes, digitally converts and maintains regulatory information from registered and licensed persons, registered firms, government agencies and other sources and maintains information in the proprietary Nationwide Mortgage Licensing System and Registry (NMLS) system. SRR releases such information through NMLS Consumer Access[SM], which provides information from the NMLS system to the public. Your access to NMLS Consumer Access[SM] information provided through SRR's NMLS database and system does not transfer any rights in NMLS, NMLS Consumer Access[SM] or related technologies to you.
2. Your use of NMLS Consumer Access[SM] information is conditioned upon your acceptance, without modification, of all terms and conditions of this Agreement. Any information accessed, requested or provided through NMLS Consumer Access[SM] must be accessed, requested and used in accordance with the terms and conditions specified in this Agreement. SRR reserves any rights not expressly granted under these terms and conditions. Additionally, SRR reserves the right, at its sole discretion, to modify the terms and conditions for use of NMLS Consumer Access[SM] information at any time by changing this Agreement, and any changes are effective immediately. Such changes will be posted on the NMLS Consumer Access[SM] Web site.
3. The data and information in the NMLS is the property of the respective governmental agencies furnishing the data and information to the NMLS. Accordingly, the use of the data and information provided by NMLS Consumer Access[SM] may be further restricted by the laws of the applicable state(s). You agree that it is your responsibility to be aware of, understand, and comply with any and all applicable laws and regulations governing the use of NMLS Consumer Access[SM] and of any data and information obtained from NMLS Consumer Access[SM].
4. The data and information provided through NMLS Consumer Access[SM] shall be used ONLY in accordance with all other terms and conditions of this Agreement to assist you, your clients or your organization in determining whether to conduct or continue to conduct business with NMLS-registered persons or companies. All other uses are prohibited. In no event shall the data and information provided to you through NMLS Consumer Access[SM] be used for any purpose referenced in Section 603(d) of the Fair Credit Reporting Act (15 U.S.C. § 1681a(d)).
5. You agree that you will not duplicate, download, publish, publicly display, modify or otherwise distribute the information retrieved from NMLS Consumer Access[SM] for any purpose other than as expressly permitted by this Agreement. In no event may you offer to others any information retrieved from NMLS Consumer Access[SM] for commercial purposes, or as part of a subscription service or similar arrangement. You agree that you will not use the information retrieved from NMLS Consumer Access[SM] to develop or create a database of information to be sold, licensed or made otherwise commercially available. You agree that you will not use the information provided to you through NMLS Consumer Access[SM] for purposes of soliciting registered persons or companies for any purpose, commercial or otherwise. You agree that you will not use any device, software, or service, including "scraping" programs or services, to extract data or information from NMLS Consumer Access[SM] for any purpose.
6. You agree that you will not use any process to monitor or copy NMLS Consumer Access[SM] information in bulk, or to make voluminous, excessive or repetitive requests for information. You further agree that you will not use any device, software or routine to bypass any software or hardware that prohibits volume requests for information, you will not interfere with or attempt to interfere with the proper working of NMLS Consumer Access[SM], and you will not take any action that imposes an unreasonable or disproportionately large burden on NMLS Consumer Access[SM] or SRR.
7. All requests for permission to access or use NMLS Consumer Access[SM] for uses other than those described in paragraphs 4 of this Agreement must be made in writing to SRR clearly stating the purpose and manner in which NMLS Consumer Access[SM] is proposed to be used. Requests may be submitted to:

SRR
1155 Connecticut Avenue., NW
Suite 500
Washington, DC 20036
Attention: President and Chief Executive Officer

SRR, in its sole discretion, may approve or reject any request that is inconsistent with the terms and conditions of use of NMLS Consumer Access[SM].

8. Provision of information by SRR pursuant to NMLS Consumer Access℠ does not constitute a waiver of any of SRR's rights, privileges, or immunities with respect to the furnishing of disciplinary or registration information.
9. SRR does not charge for this service, which is offered pursuant to SRR's responsibilities under Section 1502 of the Secure and Fair Enforcement for Mortgage Licensing Act of 2008 (12 U.S.C. 5102) and under the laws of the several states and the District of Columbia. In the provision of this service and the data and information contained in NMLS Consumer Access℠, SRR makes no warranties of any kind, and disclaims liability to any person for any actions taken or omitted with respect to NMLS Consumer Access℠. SRR is not responsible for and cannot verify information contained in NMLS Consumer Access℠, and does not warrant or guarantee the accuracy or completeness of the information requested. Neither SRR nor any affiliate or supplier shall be liable for any loss of income, trading loss, or consequential, incidental, or indirect damages, regardless of whether SRR has been informed of the possibility of such damages.
10. Registered persons, registered companies, government agencies, and other sources file disclosure information with SRR. Most disclosure information is available through NMLS Consumer Access℠ within two (2) business days of being filed. In certain limited circumstances, disclosure information may not be available through NMLS Consumer Access℠ within the usual timeframe, but will be made available as soon as practicable.
11. Consistent with SRR's policies and procedures, SRR will disclose information on individuals, through NMLS Consumer Access℠, for five years after the termination of the individual's SRR registration. Disclosure information reported to SRR after an individual's registration has terminated may not have been reviewed by the individual; in addition, individuals who are no longer registered are not required to independently report such information.

Enter the characters in the exact order as they appear in the box below. Before viewing any available Consumer Access information, we ask you to take this step to help prevent unauthorized access to Consumer Access information.




Enter the number

NMLS

Back to Search Results

Countrywide Home Loans, Inc.

| | | | |
|---|---|---|---|
| 1526 | 4500 Park Granada<br>Calabasas, CA 91302 | 818-223-4934 | N/A<br>pamela.murphy@bankofamerica.com |
| | 30930 Russell Ranch Road<br>CA6-916-01-12<br>Westlake Village, CA 91362 | 818-223-6127 | |

# Branch Locations

(15 Locations)

Filter by Licensed Jurisdiction...

Filter by Location...

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID |
|---|---|---|---|---|---|
| 1515 West 14th Avenue | Tempe | AZ | 85281 | America's Wholesale Lender | 10282 |
| 177 Countrywide Way | Lancaster | CA | 93536 | America's Wholesale Lender | 132904 |
| 176 Countrywide Way | Lancaster | CA | 93536 | America's Wholesale Lender | 132921 |
| 400 National Way | Simi Valley | CA | 93065 | America's Wholesale Lender | 10246 |
| 450 American Street | Simi Valley | CA | 93065 | America's Wholesale Lender | 132902 |
| 6440 Southpoint Pkwy, Suite 300 | Jacksonville | FL | 32216 | America's Wholesale Lender | 10250 |
| 5405 Cypress Center Drive | Tampa | FL | 33609 | None | 10260 |
| 7660 Dean Martin Drive, Suite 201A & B | Las Vegas | NV | 89139 | None | 10253 |
| 5401 North Beach Street | Fort Worth | TX | 76137 | America's Wholesale Lender | 132892 |
| 4200 Amon Carter Blvd. | Fort Worth | TX | 76155 | America's Wholesale Lender | 132895 |
| 7105 Corporate Drive | Plano | TX | 75024 | America's Wholesale Lender | 10247 |
| 2375 N. Glenville Dr., Bldg. B 1st & 5th floor | Richardson | TX | 75082 | None | 39546 |
| 2270 Lakeside Blvd. | Richardson | TX | 75082 | America's Wholesale Lender | 132928 |
| 2375 N. Glenville Drive | Richardson | TX | 75082 | America's Wholesale Lender | 10221 |

| | | | | | |
|---|---|---|---|---|---|
| 2380 Performance Drive, RGV-C-680 | Richardson | TX | 75082 | America's Wholesale Lender | 10241 |

1. The State Regulatory Registry LLC ("SRR") collects, compiles, organizes, indexes, digitally converts and maintains regulatory information from registered and licensed persons, registered firms, government agencies and other sources and maintains information in the proprietary Nationwide Mortgage Licensing System and Registry (NMLS) system. SRR releases such information through NMLS Consumer Access℠, which provides information from the NMLS system to the public. Your access to NMLS Consumer Access℠ information provided through SRR's NMLS database and system does not transfer any rights in NMLS, NMLS Consumer Access℠ or related technologies to you.
2. Your use of NMLS Consumer Access℠ information is conditioned upon your acceptance, without modification, of all terms and conditions of this Agreement. Any information accessed, requested or provided through NMLS Consumer Access℠ must be accessed, requested and used in accordance with the terms and conditions specified in this Agreement. SRR reserves any rights not expressly granted under these terms and conditions. Additionally, SRR reserves the right, at its sole discretion, to modify the terms and conditions for use of NMLS Consumer Access℠ information at any time by changing this Agreement, and any changes are effective immediately. Such changes will be posted on the NMLS Consumer Access℠ Web site.
3. The data and information in the NMLS is the property of the respective governmental agencies furnishing the data and information to the NMLS. Accordingly, the use of the data and Information provided by NMLS Consumer Access℠ may be further restricted by the laws of the applicable state(s). You agree that it is your responsibility to be aware of, understand, and comply with any and all applicable laws and regulations governing the use of NMLS Consumer Access℠ and of any data and information obtained from NMLS Consumer Access℠.
4. The data and information provided through NMLS Consumer Access℠ shall be used ONLY in accordance with all other terms and conditions of this Agreement to assist you, your clients or your organization in determining whether to conduct or continue to conduct business with NMLS-registered persons or companies. All other uses are prohibited. In no event shall the data and information provided to you through NMLS Consumer Access℠ be used for any purpose referenced in Section 603(d) of the Fair Credit Reporting Act (15 U.S.C. § 1681a(d)).
5. You agree that you will not duplicate, download, publish, publicly display, modify or otherwise distribute the information retrieved from NMLS Consumer Access℠ for any purpose other than as expressly permitted by this Agreement. In no event may you offer to others any information retrieved from NMLS Consumer Access℠ for commercial purposes, or as part of a subscription service or similar arrangement. You agree that you will not use the information retrieved from NMLS Consumer Access℠ to develop or create a database of information to be sold, licensed or made otherwise commercially available. You agree that you will not use the information provided to you through NMLS Consumer Access℠ for purposes of soliciting registered persons or companies for any purpose, commercial or otherwise. You agree that you will not use any device, software, or service, including "scraping" programs or services, to extract data or information from NMLS Consumer Access℠ for any purpose.
6. You agree that you will not use any process to monitor or copy NMLS Consumer Access℠ information in bulk, or to make voluminous, excessive or repetitive requests for information. You further agree that you will not use any device, software or routine to bypass any software or hardware that prohibits volume requests for information, you will not interfere with or attempt to interfere with the proper working of NMLS Consumer Access℠, and you will not take any action that imposes an unreasonable or disproportionately large burden on NMLS Consumer Access℠ or SRR.
7. All requests for permission to access or use NMLS Consumer Access℠ for uses other than those described in paragraphs 4 of this Agreement must be made in writing to SRR clearly stating the purpose and manner in which NMLS Consumer Access℠ is proposed to be used. Requests may be submitted to:

   SRR
   1155 Connecticut Avenue., NW
   Suite 500
   Washington, DC 20036
   Attention: President and Chief Executive Officer

   SRR, in its sole discretion, may approve or reject any request that is inconsistent with the terms and conditions of use of NMLS Consumer Access℠.

8. Provision of information by SRR pursuant to NMLS Consumer Access℠ does not constitute a waiver of any of SRR's rights, privileges, or immunities with respect to the furnishing of disciplinary or registration information.
9. SRR does not charge for this service, which is offered pursuant to SRR's responsibilities under Section 1502 of the Secure and Fair Enforcement for Mortgage Licensing Act of 2008 (12 U.S.C. 5102) and under the laws of the several states and the District of Columbia. In the provision of this service and the data and information contained in NMLS Consumer Access℠, SRR makes no warranties of any kind, and disclaims liability to any person for any actions taken or omitted with respect to NMLS

Consumer Access℠. SRR is not responsible for and cannot verify information contained in NMLS Consumer Access℠, and does not warrant or guarantee the accuracy or completeness of the information requested. Neither SRR nor any affiliate or supplier shall be liable for any loss of income, trading loss, or consequential, incidental, or indirect damages, regardless of whether SRR has been informed of the possibility of such damages.

10. Registered persons, registered companies, government agencies, and other sources file disclosure information with SRR. Most disclosure information is available through NMLS Consumer Access℠ within two (2) business days of being filed. In certain limited circumstances, disclosure information may not be available through NMLS Consumer Access℠ within the usual timeframe, but will be made available as soon as practicable.
11. Consistent with SRR's policies and procedures, SRR will disclose information on individuals, through NMLS Consumer Access℠, for five years after the termination of the individual's SRR registration. Disclosure information reported to SRR after an individual's registration has terminated may not have been reviewed by the individual; in addition, individuals who are no longer registered are not required to independently report such information.

Enter the characters in the exact order as they appear in the box below. Before viewing any available Consumer Access information, we ask you to take this step to help prevent unauthorized access to Consumer Access information.




Enter the number

supervising regulator(s). Click to access a list of regulator contact information.

09/24/1994

SL.0000047

Supervised Loan License

Kansas

**Resident/Registered Agent**

The Corporation Company, Inc.

Not provided

Registered Agent

515 South Kansas Avenue
Topeka, KS 66603

785-233-0593

Not provided

Louisiana Residential Mortgage Lending License No

01/01/2000

29

02/23/2009

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

01/01/2000

29

Residential Mortgage Lending License

Louisiana

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

225-922-4490

Not provided

Massachusetts Third Party Loan Servicer Registration Yes

03/10/1998

LS1526

01/07/2011

Approved

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

03/10/1998

LS1526

Third Party Loan Servicer Registration

Massachusetts

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent

155 Federal Street, Suite 700
Boston, MA 02110

617-757-6400

Not provided

Massachusetts Mortgage Broker License No

05/16/2007

MC4830

08/14/2008

Voluntary
Surrender

None

# Resident/Registered Agent for Service of Process

The agent(s) listed below have been designated to accept the delivery of legal documents, such as summons, complaints, subpoenas, and orders, on behalf of the company. **This contact information is for the delivery of legal documents only.** Complaints against the company should be addressed directly to the company itself or to its supervising regulator(s). Click to access a list of regulator contact information.

05/16/2007

MC4830

Mortgage Broker License

Massachusetts

**Resident/Registered Agent**

C T Corporation System

Not provided

Registered Agent