1:14-CV-1577

# EXHIBIT "K"

# STATE OF GEORGIA

# BAR COMPLAINT

# State Bar of Georgia

## CONSUMER ASSISTANCE PROGRAM INTAKE FORM

**CONFIDENTIAL**

**DATE:** 5/22/14

**YOUR NAME:** Janet Hill

**MAILING ADDRESS:** 543 Auburn Avenue Atlanta GA 3031
Street or P.O. Box City State Zip

**YOUR PHONE NUMBERS: (H)** 404-961-6036 **(W)**

**THE BEST TIME TO CALL: (H)** **(W)**

**NAME OF THE ATTORNEY:** Carlton Morse, Andrew Shuping
Fill out a separate form for each attorney. Do not list law firms.

**REFERRED BY:**

**PROBLEM WITH ATTORNEY:** Shuping, Moese + Ross, - Attorney Carlton Morse is not a member of the Georgia Bar. Also the company is not listed with the Secretary of State, however they are advertising as a debt collector in the state of Georgia. They also used US mail to contact me as Shuping, Moese + Ross however they merged with another company in February, mail fraud.

*The Consumer Assistance Program (CAP) is designed to improve communications between lawyer their clients by seeking to resolve minor problems which do not rise to the level of a serious violation. All inquiries about attorneys are routed to CAP.*

Please mail or fax this form to: **Consumer Assistance Program, State Bar of Georgia, 104 Marietta Suite 100, Atlanta, GA 30303, fax (404)527-8717. If you would like to speak to someone in Consumer Assistance, call (404) 527-8759 or (800) 334-6865, ext 759.**