Rear Length = [illegible]
Rear Width = 29 feet

Front Length #1 = 15
Front Length #2 = 23

