IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANET HILL,<br>Plaintiff,<br>v.<br><br>THE BANK OF NEW YORK MELLON as Trustee for the Certificateholders of Cwalt, Inc. alternative Loan Trust 2005-58 Mortgage Pass-Through Certificate Series 2005-58 formerly known as The Bank of New York, et al.,<br>Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-1577-TWT |

**ORDER**

This is the third lawsuit filed by the Plaintiff seeking to enjoin foreclosure proceedings. It is before the Court on the Plaintiff's ex parte Motion for a Temporary Restraining Order [Doc. 1]. For the reasons given by Judge Totenberg in Hill v. America's Wholesale Lender, Civil Action File No. 14-CV-882 (March 27, 2014), the Plaintiff is not entitled to the extraordinary relief of a temporary restraining order. The Plaintiff's ex parte Motion for a Temporary Restraining Order [Doc. 1] is DENIED.

SO ORDERED, this 27 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge