IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANET HILL, pro se

Plaintiff(s)

v.

Karen Peetz, President of Bank of New York Mellon, et al

Defendant(s)

CIVIL ACTION NO.
1:14cv1577-TWT

O R D E R

On August 6, 2014 this Court granted certain defendants' motions to dismiss. Plaintiff filed a Notice of Appeal as to the order on September 3, 2014. On October 29, 2014, the U. S. Court of Appeals dismissed the appeal for want of prosecution. As of this date, this action has been pending for more than six months without any substantial proceedings of record having been taken,

IT IS THEREFORE ORDERED that the above complaint is hereby DISMISSED pursuant to Local Rule 41.3 A (3).

SO ORDERED this 7th day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE